FILED

12/21/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0711

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0711

IN THE MATTER OF;

B.W.,

Respondent and Appellant.

## ORDER

Upon motion of Appellant and good cause showing the underlying motion is hereby GRANTED. The deadline for filing the opening brief in the instant appeal is extended to January 24, 2024.

Ordered this ___ day of December 2023.

_____
Supreme Court Judge

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 21 2023